IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02487-LTB-KLM

DONALD PRICE, JR.,

Plaintiff,

v.

DETECTIVE G. LIND, in his individual and official capacities,
JOHN AND JANE DOE POLICE OFFICERS I-IV, in their individual and official capacities,
JOHN AND JANE DOE POLICE SUPERVISORS I-IV, of the Denver Police Department,
JOHN AND JANE DOE POLICE TRAINING PERSONNEL I-IV, of the Denver Police
Department, and
CITY AND COUNTY OF DENVER, COLORADO, a municipal corporation,

Defendants.

_____

# MINUTE  ORDER
_____

## ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX

This matter is before the Court on the Defendants' Unopposed  Motion to Vacate
Scheduling Conference [Docket No. 13; Filed June 11, 2008] ("Motion No. 13") and the
parties' Stipulated Motion to Set Scheduling Conference [Docket No. 10; Filed April 21,
2008] ("Motion No. 10").  Defendants have informed the Court that the parties have agreed
to dismiss the above-captioned matter with prejudice.

IT IS HEREBY **ORDERED** that Motion No. 13 is **GRANTED**.  The Scheduling
Conference set for June 18, 2008 at 9:30 a.m. is **vacated**.

IT IS FURTHER **ORDERED** that the parties shall file their Stipulation of Dismissal
with prejudice pursuant to Fed. R. Civ. P. 41(a)(2) on or before **July 1, 2008**.

IT IS HEREBY **ORDERED** that Motion No. 10 is **DENIED as moot.**

Dated:      June 13, 2008