# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02487-LTB-KLM

DONALD R. PRICE, JR.,

    Plaintiff,

v.

DETECTIVE G. LIND, in his individual and official capacities,
JOHN AND JANE DOE POLICE OFFICERS I-IV, in their individual and official capacities,
JOHN AND JANE DOE POLICE SUPERVISORS I-IV, of the Denver Police Department,
JOHN AND JANE DOE POLICE TRAINING PERSONNEL I-IV, of the Denver Police Department, and
CITY AND COUNTY OF DENVER, COLORADO, a municipal corporation,

    Defendants.

---

## ORDER OF DISMISSAL
---

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 18 - filed June 30, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                           BY THE COURT:

                                           s/Lewis T. Babcock
                                           Lewis T. Babcock, Judge

DATED:   July 1, 2008